## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                         Case No.: 1:13–cr–00949
                                                          Honorable Virginia M. Kendall

Melvin T Bell, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall as to Melvin T. Bell. Attorney Robert K. Crowe's Motion for Attorney Representation [396] is granted. Defendant's Motion for acquittal or a new trial [360] filed by previous counsel is dismissed without prejudice. Status hearing set for 11/8/2017 at 9:30 AM. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.